IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KIMBERLY ERANE KEMP, Personal Representative
of BILLY WAYNE KEMP                                                         PLAINTIFF

V.                          CASE NO. 5:15-CV-5170

SHERIFF KELLY CRADDUCK; DEPUTY CHARLIE
ROBINS; and DEPUTY SCOTT SULLIVAN                                DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 39) filed in this case on March 14, 2017, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment (Doc. 34) is **GRANTED** and Plaintiff's Complaint (Doc. 2) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 27th day of April, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE